# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANDREW SAWYER

VERSUS

CB&I, INC., THE SHAW GROUP,
INC., SHAW SUNDLAND
FABRICATORS, LLC, SHAW
FABRICATION MANUFACTURES,
INC., CHRIS BARBER, JONATHON
LOTT, BRENDON LOTT, ZACHARY
FOSTER, ERIC HARRIS, TIDUS
GREEN, TOMMY FOSTER, AND
TONY JAMES

NO. 2020 CW 0863

APRIL 19, 2021

---

In Re:     CB&I, The Shaw Group, Inc., Shaw Sundland Fabricators,
           LLC, Shaw Fabrication Manufactures, Inc., Chris
           Barber, Jonathon Lott, Brendon Lott, Zachary Foster,
           Eric Harris, Tidus Green, Tommy Foster, and Tony
           James, applying for supervisory writs, 19th Judicial
           District Court, Parish of East Baton Rouge, No.
           624452.

---

BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.

**WRIT DISMISSED.** This writ application is dismissed pursuant to relators' motion advising that the parties have finalized and consummated their agreement to resolve this matter and the underlying district court matter has been dismissed with prejudice, and requesting that this writ application be dismissed.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT